IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>            Defendant. | Case No.: 19-cv-2198 (KBJ) |

**UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE**

Plaintiffs Center for Biological Diversity ("Center") and Environmental Integrity Project ("EIP"), by and through the undersigned counsel, move to extend the briefing schedule by two weeks. Counsel for Defendant Environmental Protection Agency ("EPA") has conveyed to Plaintiffs that EPA does not oppose this motion.

As grounds for this motion, Plaintiffs state as follows.

1.    By order dated November 4, 2019, the Court entered a briefing schedule for Defendant's motion to dismiss in this case, directing that Defendant's motion to dismiss be served by November 1, 2019, Plaintiffs' consolidated opposition and cross-motion for summary judgment be served by December 20, 2019, Defendant's consolidated reply and cross-motion opposition be served by January 13, 2020, and Plaintiffs' cross-motion reply be served on or before February 3, 2020.

2.    The parties conferred and agreed to modify the schedule to remove the summary judgment briefing. On December 10, 2019, the parties requested that the Court modify the briefing schedule set on November 4, 2019 as follows: Defendant shall serve its motion to

dismiss by November 1, 2019, Plaintiffs shall serve their opposition by December 20, 2019, and Defendant shall serve its reply by January 13, 2020.

       3.      Plaintiffs now request a two-week extension of the deadline to file their opposition brief and Defendant's reply brief.  This is due in part to the fact-intensive nature of Plaintiffs' opposition and the need to file at least four and likely five declarations, and in part to the limitation that co-counsel in this matter is managing numerous discovery matters in another lawsuit.  Accordingly, Plaintiffs request that the Court extend the briefing schedule as follows: Plaintiffs shall serve their opposition by January 3, 2020, and Defendant shall serve its reply by January 27, 2020.

DATED:  December 17, 2019                        Respectfully submitted,

                                                    */s/ Margaret E. Townsend*
                                                    Margaret E. Townsend (DC Bar No. OR0008)
                                                    Amy R. Atwood (D.C. Bar No. 470258)
                                                    Center for Biological Diversity
                                                    P.O. Box 11374
                                                    Portland, OR 97211-0374
                                                    (971) 717-6409
                                                    mtownsend@biologicaldiversity.org

                                                    *Attorneys for Plaintiffs*